## United States Bankruptcy Court
## District of New Hampshire

Bankruptcy Case No.: 06-10742 MWV

Adversary Proceeding No.: 06-1296 MWV

**CERTIFICATE OF SERVICE**

Notice will be electronically mailed to:

  Olga L. Bogdanov obogdanov@murthalaw.com,
    mkavanah@murthalaw.com;creyes@murthalaw.com;obogdanov@ecf.epiqsystems.com

  Cheryl C. Deshaies cheryl.deshaies@mclane.com, Bankruptcy@mclane.com

  Sandra A. Kuhn skuhn7704@aol.com,
    jodir@adelphia.net,skuhn@familylegalservices.org,Kchisholm@Familylegalservices.org,
    chrissys@familylegalservices.org

  Office of the U.S. Trustee USTPRegion01.MR.ECF@usdoj.gov


I hereby certify that on this date, I served the foregoing Memorandum Opinion and , Final Judgment on the persons listed below by causing it to be mailed by first-class United States Mail, postage prepaid.

    Cameron G. Shilling
    McLane, Graf, Raulerson & Middleton
    900 Elm Street
    P.O. Box 326
    Manchester, NH 03105-0326

    Aric N. Graham
    18 Hackett Lane
    Hampton, NH 03842


Dated: March 8, 2007                                        By:   /s/ Celeste Wright
                                                                                Deputy Clerk